# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., SMX, LLC, d/b/a STAFF MANAGEMENT | SMX", and STAFF MANAGEMENT SOLUTIONS, LLC, d/b/a "STAFF MANAGEMENT | SMX," <br><br> Defendants. | Case Number 1:15-cv-07256 <br><br> Honorable Gary Feinerman |

## MOTION FOR LEAVE TO FILE AMENDED SUMMARY JUDGMENT MOTION

Amazon.com.dedc, LLC,[1] SMX, LLC and Staff Management Solutions, LLC (collectively, "Defendants"), hereby move for leave to file an amended motion for summary judgment. In support of their motion, Defendants state:

1. On October 7, 2015 at 10:17:42 am CDT, Defendants made an offer of judgment under Fed. R. Civ. P. 68 to Plaintiff for the following: (1) statutory damages in the amount of $1,000; (2) punitive damages in the amount of $10,000; (3) pre- and post-judgment interest in the amount of $2,000; and (4) reasonable attorneys' fees and costs. A copy of the Rule 68 offer of judgment is attached as Exhibit 1.

2. A copy of the Rule 68 offer of judgment (Exhibit 1) was hand-delivered to Plaintiff's counsel's office in Philadelphia, Pennsylvania at 12:06 p.m. CDT (1:06 p.m. EDT) on October 7, 2015. Proof of service of the Rule 68 offer of judgment on Plaintiff's counsel is attached as Exhibit 2.

---

[1] Defendant Amazon.com.dedc, LLC was erroneously named in the Complaint as Amazon.com, Inc.

3. At 12:22 pm CDT on October 7, 2015, Plaintiff filed a motion for class certification. (Dkt. No. 57.) A copy of the ECF notice showing the filing time of 12:22 pm CDT is attached as Exhibit 3.

4. In short, Defendants served the Rule 68 offer of judgment electronically and via hand delivery before any motion for class certification had been filed.

5. The following day, on October 8, 2015, the Court denied Plaintiff's motion for class certification without prejudice due to Plaintiff's failure to comply with Local Rule 5.3(b). (Dkt. No. 58.)

6. Defendants' Rule 68 offer remained open during this time that no class certification motion was pending.

7. Later on October 8, 2015, Plaintiff filed a new motion for class certification. (Dkt. No. 60.)

WHEREFORE, Defendants respectfully request that this Court grant Defendants leave to file an amended motion for summary judgment based on this Rule 68 offer of judgment.

Dated: October 9, 2015         Respectfully submitted,

                               By:    /s/ Melissa A. Siebert
                                      One of Defendants' Attorneys

                                      Melissa A. Siebert (msiebert@bakerlaw.com)
                                      Joel Griswold (jcgriswold@bakerlaw.com)
                                      Bonnie L. Keane (bkeane@bakerlaw.com)
                                      BAKER & HOSTETLER LLP
                                      191 North Wacker Drive, Suite 3100
                                      Chicago, Illinois 60601
                                      T 312.416.6234
                                      F 312.416.6201

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 9, 2015, she caused a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE AMENDED SUMMARY JUDGMENT MOTION to be served upon all counsel of record via the Court's ECF system.

                                                        */s/ Melissa A. Siebert*