IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY WILLIAMS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:15-cv-07256 ) ) |
| v. | ) ) |
| AMAZON.COM, INC., SMIX, LLC, d/b/a "STAFF MANAGEMENT | SMX and STAFF MANAGEMENT SOLUTIONS, LLC, d/b/a "STAFF MANAGEMENT | SMX," | ) CLASS ACTION ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

By agreement, Plaintiff Gregory Williams, in his individual capacity, and not on behalf of any class, and Defendants Amazon.com, Inc., SMX, LLC, and Staff Management Solutions, (collectively, "the parties") to the above-captioned action, by and through their respective attorneys, state as follows: pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs.

Dated: March 18, 2016

  *s/ John Soumilas*                                         *s/ Melissa A. Siebert*
JAMES A. FRANCIS *                                     MELISSA A. SIEBERT
JOHN SOUMILAS *                                         JOEL GRISWOLD
**FRANCIS & MAILMAN, P.C.**                     **BAKER & HOSTETLER LLP**

1

| | |
|---|---|
| 100 South Broad Street, Suite 1902 | 191 North Wacker Drive, Suite 3100 |
| Philadelphia, PA 19110 | Chicago, Illinois 60601 |
| T. (215) 735-8600 | T. (312) 416-6234 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

\* Admitted *pro hac vice*

**IT IS SO ORDERED**

Date: _____ _____
Hon. Gary Feinerman, U.S.D.J.

## CERTIFICATE OF SERVICE

      I hereby certify that, on this day, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system which will send notification of such filing to all counsel of record.


Dated:  March 18, 2016                      *s/ John Soumilas*
                                                  JOHN SOUMILAS